# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| CAJ Enterprises, Inc., d/b/a Dakotaland Lodging, a South Dakota Corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER ADOPTING STIPULATION OF DISMISSAL** |
| vs. | ) ) | |
| APPRO Development, Inc., a Minnesota Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| and | ) ) | |
| APPRO Development, Inc., | ) ) | |
| Third-Party Plaintiff, | ) ) | Case No. 4:13-cv-147 |
| vs. | ) ) | |
| Jacobson Engineers and Surveyors, | ) ) | |
| Third-Party Defendant. | ) | |

On March 13, 2015, the parties filed a "Stipulation of Dismissal with Prejudice and Without Costs or Disbursements." The court **ADOPTS** the parties' stipulation (Docket No. 26). All of the claims and counterclaims of each party are **DISMISSED** with prejudice and without cost or disbursements to either party.

**IT IS SO ORDERED.**

Dated this 16th day of March, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court